IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| STEPHEN DEWAYNE GRAY, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:22cv459-MHT |
| | ) | (WO) |
| ROLONDA CALLOWAY, Warden, et al., | ) ) ) | |
| Respondents. | ) | |

OPINION AND ORDER

This lawsuit is before the court on the recommendation of the United States Magistrate Judge that the case be transferred to the United States District Court for the Northern District of Alabama pursuant to 28 U.S.C. § 2241(d). Also before the court are petitioner's objections to the recommendation. After an independent and de novo review of the record, the court concludes that the objections should be overruled and the magistrate judge's recommendation adopted.

\*\*\*

Accordingly, it is ORDERED that:

(1) Petitioner's objections (Doc. 4) are overruled.

(2) The United States Magistrate Judge's recommendation (Doc. 2) is adopted.

(3) This case is transferred to the United States District Court for the Northern District of Alabama pursuant to 28 U.S.C. § 2241(d).

The clerk of the court is DIRECTED to take appropriate steps to effect the transfer.

This case is closed in this court.

DONE, this the 17th day of August, 2022.

                                          /s/ Myron H. Thompson
                                       **UNITED STATES DISTRICT JUDGE**